

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,735-02

**EX PARTE CHARLES DEVON WASSERMAN, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12-10-11,721-A IN THE 24ᵀᴴ DISTRICT COURT
### FROM DEWITT COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. The trial court signed an order sealing some documents and there are no sealed documents contained in the record forwarded to this Court.

The district clerk shall either forward to this Court sealed records or certify in writing that

these documents are not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: January 10, 2022
Do not publish